ROD DANIELSON, Chapter 13 Trustee
Bridget Kelly, SBN 256197
3787 University Avenue
Riverside, California 92501
(951) 826-8000   FAX (951) 826-8090

**FILED & ENTERED**

**JAN 28 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch     DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>STEPHEN PATRICK LONIGAN and ELEANOR LYDIA LONIGAN,<br><br>                    Debtors. | Case No.: 6:10-bk-33197-WJ<br><br>CHAPTER 13<br><br>**ORDER APPROVING STIPULATION MODIFYING PLAN** |

The Court has reviewed the "Stipulation Modifying Plan" between the debtors, Stephen and Eleanor Lonigan, and Rod Danielson, the chapter 13 trustee, filed with the Court on January 27, 2015 [docket no. 72]. Good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The plan payment is increased by $220 from $975 to $1,195 (February 2015-end of plan).

2. The plan base is increased from $59,813 to $61,133.

3. The percentage to be paid to unsecured creditors is increased to 28%.

4. All other terms remain the same.

###

Date: January 28, 2015

_____
Wayne Johnson
United States Bankruptcy Judge