Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:10-bk-33197-WJ  AS OF 3/31/2015**

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/18/15 | $1,195.00 | 03/2015 | $1,195.00 |
| 02/18/15 | $1,195.00 | 02/2015 | $1,195.00 |
| 01/15/15 | $975.00 | 01/2015 | $975.00 |
| 12/17/14 | $975.00 | 12/2014 | $975.00 |
| 11/20/14 | $975.00 | 11/2014 | $975.00 |
| 10/17/14 | $975.00 | 10/2014 | $975.00 |
| 09/10/14 | $975.00 | 09/2014 | $975.00 |
| 08/14/14 | $975.00 | 08/2014 | $975.00 |
| 07/22/14 | $975.00 | 07/2014 | $975.00 |
| 06/18/14 | $975.00 | 06/2014 | $975.00 |
| 05/14/14 | $975.00 | 05/2014 | $975.00 |
| 04/16/14 | $975.00 | 04/2014 | $975.00 |

STEPHEN PATRICK LONIGAN
ELEANOR LYDIA LONIGAN
33836 SALVIA LANE
MURRIETA, CA  92563

CURRENT CASE DISPOSITION: **ACTIVE**

| | |
|---|---|
| FILING DATE: | 07/24/2010 |
| 1ST MEETING DATE: | 09/09/2010 |
| CONFIRMATION DATE: | 09/09/2010 |
| TERM OF PLAN: | 60 MONTHS |
| PERCENT TO UNSEC.: | 28.00% |
| MONTHLY PLAN PMT AMT: | $1,195.00 |
| GROSS RECEIPTS: | $56,353.00 |
| REFUNDS FR CREDITORS: | $0.00 |
| NET PAID CREDITORS: | $49,516.39 |
| FEES PAID TO ATTY: | $1,575.00 |
| FEES PAID TO TRUSTEE: | $2,061.54 |
| REFUNDS TO DEBTORS: | $0.00 |
| BALANCE ON HAND: | $1,169.92 |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | LORENE MIES | PRIOR ATTORNEY | 0.00 | $2,030.15 | $2,030.15 | $2,030.15 | $0.00 | $0.00 |
| ATTY | THE TRAVIS LAW FIRM | ATTORNEY FEE | N/A | $1,575.00 | $1,575.00 | $1,575.00 | $0.00 | $0.00 |
| 0001 | AMERICAN EXPRESS | UNSECURED | 0.00 | $5,915.24 | $5,777.53 | $1,227.65 | $0.00 | $390.06 |
| 0002 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $32,452.90 | $32,452.90 | $6,895.95 | $0.00 | $2,190.86 |
| 0003 | CALIFORNIA COAST CREDIT UNION | UNSECURED | 0.00 | $6,280.01 | $5,779.08 | $1,228.00 | $0.00 | $390.14 |
| 0004 | PORTFOLIO RECOVERY ASSOCIATE | UNSECURED | 0.00 | $3,982.25 | $3,982.25 | $846.18 | $0.00 | $268.85 |
| 0005 | NORTH COAST IMAGING RADIOLOG | UNSECURED | 0.00 | $352.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0006 | SOUTHWEST HEALTH CARE | UNSECURED | 0.00 | $497.58 | $493.34 | $98.25 | $0.00 | $39.89 |
| 0007 | AARGON AGENCY INC | UNSECURED | 0.00 | $569.81 | $493.34 | $98.25 | $0.00 | $39.89 |
| 0008 | CHASE HOME FINANCE, LLC | UNSECURED | 0.00 | $215,784.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0009 | FEDERAL NATIONAL MORTGAGE AS | MORTGAGE ARREARS | 0.00 | $30,982.17 | $31,111.20 | $31,111.20 | $0.00 | $0.00 |
| 0010 | FIVE LAKES AGENCY INC | UNSECURED | 0.00 | $40,478.73 | $37,700.01 | $8,010.91 | $0.00 | $2,545.09 |
| 0011 | FIDELITY INVESTMENTS | SECURED | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | **$5,864.78** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.